# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: J.R. JESPERSEN PLUMBING and HEATING CO., INC.

§
§ Case No. 10-40476
§ Chapter 7
§ Hon. CAROL A. DOYLE
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street -7th Floor - Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 04/28/2011 in Courtroom 742, Dirksen Federal Building Courthouse, 219 S. Dearborn St. - Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U.S. Bankruptcy Courft
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
<u>NORTHERN</u> **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: J.R. JESPERSEN PLUMBING and HEATING CO., INC. § § § § Case No. 10-40476
Chapter 7
Hon. CAROL A. DOYLE

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $34,208.22 |
| *and approved disbursements of* | $47.72 |
| *leaving a balance on hand of* [1] | $34,160.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $34,160.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $4,170.82 | $0.00 | $4,170.82 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $31.12 | $0.00 | $31.12 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $4,185.00 | $0.00 | $4,185.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | LOIS WEST/POPOWCER KATTEN, Ltd. | $3,102.50 | $0.00 | $3,102.50 |
| *Accountant for Trustee, Expenses* | LOIS WEST/ POPOWCER KATTEN, Ltd. | $0.00 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Auctioneer, Fees* | |
| *Auctioneer, Expenses* | |
| *Charges,* U.S. Bankruptcy Court | |
| *Fees,* United States Trustee | |
| Other | |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $11,489.44 |
| Remaining balance: | $22,671.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for            , Fees* | | | |
| *Accountant for            , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $22,671.06 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $79,560.55 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Plumbers Local Union #93 | $1,763.35 | $0.00 | $1,763.35 |
| 5 | Plumbers Local Union #93 Health and Welfare Fund | $36,066.07 | $0.00 | $9,695.40 |
| 6 | Plumbers Local Union #93 Retirement Fund Account | $13,994.52 | $0.00 | $3,762.05 |
| 7 | Plumbers Local Union #93 pension fund | $21,089.06 | $0.00 | $5,669.23 |
| 8 | Joint Apprenticeship Committee of Plumbing and Heating Industry of Lake and McHenry Counties | $5,181.57 | $0.00 | $1,392.93 |
| 9 | Industry Achievement Fund | $1,443.70 | $0.00 | $388.10 |
| 3 | Illinois Dept of Revenue | $22.28 | $0.00 | $0.00 |

Total to be paid for priority claims: $22,671.06
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $126,028.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-15 inclusive | see claims docket for names | $126,028.46 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be \_\_\_\_0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

         Prepared By:  /s/ ALLAN J. DeMARS
                 Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street
Suite 910
Chicago, IL  60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                             Case No. 10-40476-CAD
J.R. Jespersen Plumbing and Heating, Co.                           Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt                Page 1 of 2                  Date Rcvd: Mar 25, 2011
                              Form ID: pdf006              Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2011.
db           +J.R. Jespersen Plumbing and Heating, Co., Inc.,    2025 Chestnut Ave., Ste. G,
               Glenview, IL 60025-1680
aty          +John E Gierum,    Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
tr           +Allan J DeMars,    Spiegel & Demars,   100 W Monroe St Ste 910,    Chicago, IL 60603-1957
16113162      AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
16113159     +Allan J. Coleman,    5725 N. Ravenswood,    Chicago, IL 60660-3913
16113160      American Express,    Box 0001,   Los Angeles, CA 90096-0001
16630232      American Express Bank, FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16113161     +Arnold Insulations, Inc.,    3036 N. Lake Terrace,    Glenview, IL 60026-1399
16113163      Auburn,   3850 W. 187th St,    Markham, IL 60428-5306
16113164      Builders Plumbing Supply,    135 S. Lasalle, Dept 4455,    Chicago, IL 60674-4455
16113166     +Chicago Journeymen Plumbers' Local 130,    1340 W. Washington Blvd,    Chicago, IL 60607-1980
16113167     +Collins Plumbing Co.,    126 E. Wing St., #233,    Arlington Heights, IL 60004-6064
16113168     +Columbia Pipe & Supply,    1803 Moen Ave.,    Rockdale IL 60436-9323,    Attn Jim Welser
16113170      Costco Wholesales Membership,    P.O. Box 34783,    Seattle, WA 98124-1783
16113172      DEX,    PO Box 660835,    Dallas, TX 75266-0835
16113171     +Dam, Snell & Taveirne, Ltd.,    21 Rollins Rd.,    Fox Lake, IL 60020-1800
16113173     +Exxon Mobile/ Fleet,    Wright Express Financial Services,    POB 639,   Portland, ME 04104-0639
16113174      Fifth Third Bank,    P.O. Box 740789,   Cincinnati, OH 45274-0789
16113175     +Fifth Third Bank,    Bankruptcy Dept,   1850 East Paris,    Grand Rapids, MI 49546-6253
16471753     +Fifth Third Bank,    P.O. Box 829009,   Dallas, TX 75382-9009
16113176     +GMAC,   P.O. Box 380902,    Bloomington, MN 55438-0902
16113158     +Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
16113177      Grainger,    Dept. #814019089,   Palatine, IL 60038-0001
16113178     +Harris N.A.,    3800 Golf Rd., Suite 300,    Rolling Meadows, IL 60008-4005
16113179     +Highway Technologies,    880 N. Addison Rd,    Villa Park, IL 60181-1153
16113180      Home Depot,    P.O. Box 689147,    Des Moines, IA 50368-9147
16484992      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
16113157     +JR Jespersen Plumbing And Heating Co,    2025 Chestnut Ave Suite G,    Glenview, IL 60025-1680
16113181     +Jet Stream,    P.O. Box 1016,   Peotone, IL 60468-1016
16113182     +Johnson & Krol, LLC,    300 South Wacker Drive, Ste. 1313,    Chicago, IL 60606-6601
16486128     +Joint Apprenticeship Committee of the Plumbing & H,    c/o Johnson & Krol, LLC,
               300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16113183     +L.U. Contribution Account,    1340 W. Washington Blvd.,    Chicago, IL 60607-1980
16113184     +Michael Wagner & Sons, Inc.,    2321 S. Foster Ave.,    Wheeling, IL 60090-6510
16113185      Nextel Communications,    P.O. Box 4181,    Carol Stream, IL 60197-4181
16113186     +O'Leary's,    1031 N. Cicero Ave.,   Chicago, IL 60651-3202
16300482     +Ohio Farmers Insurance Company,    c/o Javitch Block & Rathbone,    1100 Superior Ave, 19th Flr,
               Cleveland, Ohio 44114-2521
16113187     +Plumber's Local No. 93 Fringe Funds,    31855 N. U.S. Highway 12,    Vollo, IL 60073-9796
16113188     +Plumbers Local Union 93,    31855 N. U.S. Hwy 12,    Volo, IL 60073-9796
16486124     +Plumbers Local Union No. 93 U.A.,    c/o Johnson & Krol, LLC,    300 S. Wacker Dr., Suite 1313,
               Chicago, Illinois 60606-6601
16486127     +Plumbers Local Union No. 93 U.A. Health and Welfare,    c/o Johnson & Krol, LLC,
               300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16486126     +Plumbers Local Union No. 93 U.A. Pension Fund,    c/o Johnson & Krol, LLC,
               300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16486123     +Plumbers Local Union No. 93 U.A. Retirement Accoun,    c/o Johnson & Krol, LLC,
               300 S. Wacker Dr., Suite 1313,    Chicago, Illinois 60606-6601
16113189     +Rand-Tec Insurance Agency, Inc.,    977 Lakeview Parkway, Ste. 105,    Vernon Hills, IL 60061-1444
16113190     +Randy Wright,    5115 Church St,    Skokie, IL 60077-1201
16113191      Sentry Security, Inc.,    P.O. Box 1289,    Bridgeview, IL 60455-0289
16113192     +Shilvock Co., Inc.,    2226 Milwaukee Ave.,    Chicago, IL 60647-4049
16113193     +Sudler Property Management,    Client Advantage Program,    875 N. Michigan Ave., Ste. 260,
               Chicago, IL 60611-1803
16113194      Test Gauge And Backflow Supply,    2587 Millennium Dr., Unit K2,    Elgin, IL 60124-5726
16486125     +The Industry Advancement Fund,    c/o Johnson & Krol, LLC,    300 S. Wacker Dr., Suite 1313,
               Chicago, Illinois 60606-6601
16113195     +Vollmar,    5835 W. Touchy Ave.,    Chicago, IL 60646-1264
16113196     +W.L. Engler Distributing, Inc.,    1035 N. Throop,    Chicago, IL 60642-4028
16113197      Westfield Insurance,    P.O. Box 5001,   Westfield Center, OH 44251-5001
16113198      Wiilis Of Illinois, Inc.,    Wills Tower,    233 S. Wacker Dr., #200,    Chicago, IL 60606-6306
16113199     +Ziebell Water Service Products, Inc.,    2001 Pratt Blvd.,    Elk Grove Village, IL 60007-5987
16113200      Zoom Bros Inc,    605 Sundown Road,   South Elgin, IL 60177-1145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16113165      E-mail/Text: RAINACH@MSN.COM Mar 26 2011 07:33:46      CenturyLink,   P.O. Box 4300,
               Carol Stream, IL 60197-4300
16113169      E-mail/Text: legalcollections@comed.com Mar 26 2011 07:33:45       ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
                                                                                              TOTAL: 2
```

```
District/off: 0752-1                User: dpruitt              Page 2 of 2                  Date Rcvd: Mar 25, 2011
                                    Form ID: pdf006            Total Noticed: 57

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
16639023*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2011**          **Signature:**   *Joseph Speetjens*