**UNITED STATES BANKRUPTCY COURT**

NORTHERN   **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re:   JESPERSEN PLUMBING AND   §   Case No.   10-40476
HEATING CO., INC.   §   Chapter 7
§   Hon. CAROL A. DOYLE
§

Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND**
**APPLICATION TO BE DISCHARGED (TDR)**

ALLAN J. DeMARS , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $229,301.51 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $22,671.06 | Claims Discharged Without Payment: | $1,336,287.30 |
| Total Expenses of Administration: $11,537.16 | | |

3) Total gross receipts of $34,208.22 (see **Exhibit 1)**, minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2** ), yielded net receipts of $34,208.22 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $424,863.86 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $11,537.16 | $11,537.16 | $11,537.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $79,560.55 | $79,560.55 | $22,671.06 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $996,189.06 | $126,028.26 | $126,028.26 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,421,052.92 | $217,125.97 | $217,125.97 | $34,208.22 |

4) This case was originally filed under chapter  7  on 09/09/2010 .

The case was pending for      9  months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2011                                        By: /s/ ALLAN J. DeMARS
                                                                            Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| receivable | 1121-000 | $869.95 |
| preference settlement | 1241-000 | $19,838.07 |
| refund of unearned insurance premiums and deposits | 1290-000 | $13,500.20 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $34,208.22 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 SCHEDULED | | | $424,863.86 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $424,863.86 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | $47.72 | $47.72 | $47.72 |
| Allan J. DeMars | 2100-000 | N/A | $4,170.82 | $4,170.82 | $4,170.82 |
| Allan J. DeMars | 2200-000 | N/A | $31.12 | $31.12 | $31.12 |
| Allan J. DeMars | 3110-000 | N/A | $4,185.00 | $4,185.00 | $4,185.00 |
| Lois West/Popowcer Katten, Ltd. | 3410-000 | N/A | $3,102.50 | $3,102.50 | $3,102.50 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,537.16 | $11,537.16 | $11,537.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Plumbers Local Union 93 | 5300-000 | $0.00 | $1,763.35 | $1,763.35 | $1,763.35 |
| 5 | Plumbers Local Union 93 Health and Welfare Fund | 5400-000 | $0.00 | $36,066.07 | $36,066.07 | $9,695.40 |
| 6 | Plumbers Local Union 93 Retirement Fund Account | 5400-000 | $0.00 | $13,994.52 | $13,994.52 | $3,762.05 |
| 7 | Plumbers Local Union 93 Pension Fund | 5400-000 | $0.00 | $21,089.06 | $21,089.06 | $5,669.23 |
| 8 | Joint Apprenticeship Committee of Plumbing & Heating Industry of Lake and McHenry counties | 5400-000 | $0.00 | $5,181.57 | $5,181.57 | $1,392.93 |
| 9 | Industry Advancement Fund | 5400-000 | $0.00 | $1,443.70 | $1,443.70 | $388.10 |
| 3 | Illinois Dept of Revenue | 5800-000 | $0.00 | $22.28 | $22.28 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $79,560.55 | $79,560.55 | $22,671.06 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 34 claims scheduled with no claim filed |  | $728,505.49 | $0.00 | $0.00 | $0.00 |
| 1,2,,4,5,6,7,8,9,10,11,12,13,14,15 | scheduled with claims filed |  | $267,683.57 | $125,541.63 | $125,541.63 | $0.00 |
| 3 | not scheduled but claim filed |  | $0.00 | $486.83 | $486.83 | $0.00 |
|  |  |  |  |  |  |  |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $996,189.06 | $126,028.26 | $126,028.26 | $0.00 |

UST Form 101-7-TDR (10/1/2010)